UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBM SITE SERVICES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN GARRETT,<br><br>    Defendant.<br>_____/ | No. C-10-80233-CRB (DMR)<br><br>**ORDER VACATING HEARING DATE RE DEFENDANT'S MOTION FOR A PROTECTIVE ORDER OR, IN THE ALTERNATIVE, MOTION TO QUASH OR MODIFY SUBPOENA DUCES TECUM** |

The Court is in receipt of the parties' Stipulation and Proposed Order re. Defendant's Motion for a Protective Order or, in the Alternative, Motion to Quash ("Stipulation"). *See* Docket No. 9. However, the Court notes that Defendant's counsel in Colorado has not been authorized to appear *pro hac vice* in this Court. Pursuant to Civil Local Rule 11-3, Defendant's counsel shall file an application to appear *pro hac vice* no later than **November 9, 2010.** Upon approval of *pro hac vice* status, the Court will issue an order regarding the parties' Stipulation. The previously scheduled hearing date of November 3, 2010 on this matter has been VACATED.

IT IS SO ORDERED.

Dated: November 2, 2010

_____
DONNA M. RYU
United States Magistrate Judge