DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
CASSANDRA M. FERRANNINI (Bar No. 204277)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:   (916) 444-2100
bwarne@downeybrand.com
cferrannini@downeybrand.com

Attorneys for Plaintiff
SBM SITE SERVICES, LLC, an Oregon Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBM SITE SERVICES, LLC, an Oregon Limited Liability Company<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOHN GARRETT, an individual,<br><br>    Defendant and Petitioner. | CASE NO.  3:10-mc-80233-CRB<br><br>(MISC: Action Pending in the United States District Court for the District of Colorado, Case No. 10-CV-00385-REB-BNB)<br><br>**STIPULATION AND ORDER RE MOTION FOR PROTECTIVE ORDER/ MOTION TO QUASH** |

This matter is before the Court on Petitioner John Garrett's Motion for Protective Order or in the Alternative, Motion to Quash or Modify Subpoena Duces Tecum, filed on September 22, 2010. The motion sought, *inter alia*, the modification of Rule 45 subpoenas served upon third parties Yahoo!, Inc. and Google, Inc. by Respondent SBM Site Services, LLC ("SBM").

During the pendency of these motion proceedings the parties met, conferred and agreed upon the following procedure for compliance with the subpoenas:

1.    The parties agree that the contents of the Yahoo! and Google e-mail accounts are in the possession, custody and control of Petitioner John Garrett ("Garrett") and have agreed to the below procedures in order to facilitate the production of relevant information in this matter.

2.    Stipulated Protective Order ("SPO") was entered on June 14, 2010 by the Honorable Boyd Boland of the United States District Court for the District of Colorado in the

1

1  action *SBM Site Services, LLC. v. Garrett* (Case No. 10-CV-00385 REB-BNB) ("the Underlying
2  Action").
3      3.    Garrett will execute the consent correspondence attached hereto as Exhibit A and
4  addressed to third-parties Yahoo!, Inc. and Google, Inc.;
5      4.    Pursuant to the consent correspondence and this order ~~for~~ Yahoo! and Google ~~to~~ will
6  produce the Non-Content information described in Request 1 to SBM's counsel, Downey Brand,
7  LLC and to Garrett's counsel, Berenbaum Weinshienk PC. Yahoo! and Google will produce the
8  Content Information set forth in Requests 2 and 3 to Garrett's counsel, Berenbaum Weinshienk,
9  PC.
10     5.    Garrett will review the Content Information provided by Yahoo! and Google. He
11 will identify any Content Information that he contends is privileged. He may designate any
12 Content Information confidential pursuant to the SPO as appropriate. Within 7 days of receiving
13 the Content Information Garrett will provide to SBM's counsel (1) a detailed privilege log of any
14 Content Information he contends is privileged and (2) the non-privileged Content Information.
15     6.    If a dispute regarding the production or the privilege log arises between SBM and
16 Garrett during this process, the Parties will in good-faith engage in a reasonable meet-and-confer
17 effort. If the dispute remains unresolved after the Parties have reasonably met and conferred in
18 good faith, the objecting Party may file an appropriate motion with the U.S. District Court for the
19 District of Colorado requesting that the Court resolve the dispute under its SPO *consistent with the scheduling order issued by that Court*.
20     7.    This stipulation shall not constitute a waiver of any claim of privilege or
21 confidentiality.
22 DATED: October 29, 2010        DOWNEY BRAND LLP
23
24                 By:   /s/ Cassandra M. Ferrannini
25                     WILLIAM R. WARNE
                  CASSANDRA M. FERRANNINI
26                 Attorneys for Respondent/Plaintiff
                  SBM Site Services, LLC,
27                 an Oregon Limited Liability Company
28

| | | |
|---|---|---|
| 1 | DATED: October 29, 2010 | BERENBAUM WEINSHIENK PC |

By: /s/ Larry R.Martinez (as authorized on 11/2/10)
LARRY R. MARTINEZ
ROBIN L. NOLAN
BERENBAUM WEINSHIENK PC
Attorneys for Defendant
John Garrett, an Individual

IT IS SO ORDERED:

Dated: November 17, 2010

Magistrate Judge Donna M. Ryu
United States District Court Judge

3

STIPULATION AND ORDER RE MOTION FOR PROTECTIVE ORDER/ MOTION TO QUASH

# EXHIBIT "A"

John Garrett
C/OLarry R. Martinez & Robin L. Nolan
BERENBAUM WEINSHIENK PC
370 17th Street, Suite 4800
Denver, Colorado  80202

October 29, 2010

Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

Re:   *SBM Site Services, LLC v. John Garrett,* **United States District Court, District of Colorado, Case No. 10-CV-00385-REB-BNB**

To Whom It May Concern:

I am the subscriber for the email account rbtg75@yahoo.com.  Plaintiff SBM Site Services, LLC ("SBM"), in the above entitled matter, recently requested documents pertaining to my email account with Yahoo.  I have received a copy of the Rule 45 Subpoena, which includes the following requests for documents:

   1.   All DOCUMENTS evidencing the current non-content information for the subscriber account rbtg75@yahoo.com, including the to/from information, subscriber information, and email size and text length of any emails in the inbox, sent folder, deleted items folder, or other folder existing for this yahoo account.

I hereby consent to the release and production of the non-content information associated with account rbtg75@yahoo.com to:

Cassandra Ferrannini
Downey Brand, LLP
621 Capitol Mall, 18th Floor
Sacramento, CA  95814

And to:

Larry R. Martinez & Robin L. Nolan
BERENBAUM WEINSHIENK PC
370 17th Street
Suite 4800
Denver, Colorado  80202


With respect to the other categories of documents requested, we understand that Yahoo! Inc. will not review emails for responsiveness to the requests.  Accordingly please produce all emails

November 1, 2010
Page 2

from July 1, 2009 to the present from the rbtg75@yahoo.com to my counsel who will conduct the review

I hereby consent to the release and production of any and all emails from July 1, 2009 associated with account rbtg75@yahoo.com to my counsel. Such emails must be sent only to the following address:

Larry R. Martinez & Robin L. Nolan
BERENBAUM WEINSHIENK PC
370 17th Street
Suite 4800
Denver, Colorado  80202

Should you have any questions or concerns regarding my consent, please contact my attorney, Larry R. Martinez at (303) 592-8329.

Sincerely,

John Garrett

John Garrett
C/O Larry R. Martinez & Robin L. Nolan
BERENBAUM WEINSHIENK PC
370 17th Street, Suite 4800
Denver, Colorado 80202

September 3, 2010

Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Re:   *SBM Site Services, LLC v. John Garrett*, **United States District Court, District of Colorado, Case No. 10-CV-00385-REB-BNB**

To Whom It May Concern:

I am the subscriber for the email account john.garrett52@gmail.com.  Plaintiff SBM Site Services, LLC ("SBM"), in the above entitled matter, recently requested documents pertaining to my email account with Gmail.  I have received a copy of the Rule 45 Subpoena, which includes the following requests for documents:

> 1. All DOCUMENTS evidencing the current non-content information for the subscriber account john.garrett52@gmail.com, including the to/from information, subscriber information, and email size and text length of any emails in the inbox, sent folder, deleted items folder, or other folder existing for this gmail account.

I hereby consent to the release and production of the non-content information to:

Cassandra Ferrannini
Downey Brand, LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

And to:

Larry R. Martinez & Robin L. Nolan
BERENBAUM WEINSHIENK PC
370 17th Street
Suite 4800
Denver, Colorado 80202

With respect to the other categories of documents requested, we understand that Google, Inc. will not review emails for responsiveness to the requests. Accordingly please produce all emails from July 1, 2009 to the present from the john.garrett52@gmail.com to my counsel who will conduct the review

November 1, 2010
Page 2

I hereby consent to the release and production of any and all emails from July 1, 2009 associated with account john.garrett52@gmail.com to my counsel. Such emails must be sent only to the following address:

Larry R. Martinez & Robin L. Nolan
BERENBAUM WEINSHIENK PC
370 17th Street
Suite 4800
Denver, Colorado 80202

Should you have any questions or concerns regarding my consent, please contact my attorney, Larry R. Martinez at (303) 592-8329.

Sincerely,


John Garrett